# DISCOVERY PLAN WORKSHEET

## Phase I (Pre-Settlement Discovery)

| | |
|---|---|
| **Deadline for completion of Rule 26(a) initial disclosures and any HIPAA-complaint records authorizations:** | November 19, 2018 |
| **Completion date for Phase I Discovery as agreed upon by the parties:** *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | 60 days after Initial Conference, January 4, 2019; parties are only in partial agreement as to scope of Phase 1 discovery, which can be resolved once Defendant's forthcoming motion to stay is resolved |
| **Date for initial settlement conference:** *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | 2/1/2019 |

## Phase II (Discovery and Motion Practice)*

*Defendants intend to seek a stay to phase II discovery period which, if granted, would delay these deadlines. Plaintiffs intend to oppose any such motion.

| | |
|---|---|
| **Motion to join new parties or amend the pleadings:** *(Presumptively 15 days post initial settlement conference)* | March 15, 2019 |
| **First requests for production of documents and for interrogatories due by:** *(Presumptively 15 days post joining/amending)* | January 21, 2019 |
| **All fact discovery completed by:** *(Presumptively 3.5 months post first requests for documents/interrogatories)* | May 21, 2019 |
| **Exchange of expert reports completed by:** *(Presumptively 30 days post fact discovery)* | Initial: June 20, 2019<br><br>Rebuttal: July 20, 2019 |
| **Expert depositions completed by:** *(Presumptively 30 days post expert reports)* | August 19, 2019 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Presumptively 9 months after Initial Conference)* | August 19, 2019 |
| **Final date to take first step in dispositive motion practice:** *(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | October 18, 2019<br>(Per Judge Korman's rules, the parties will meet-and-confer before this deadline to propose a briefing schedule for any dispositive motions and/or motions in limine) |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | No |