UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTY MULLIGAN and ANDREW LIVANIS**, individually and on behalf of a class of participants in the Long Island University Retirement Plan,<br><br>      Plaintiffs,<br><br>v.<br><br>**LONG ISLAND UNIVERSITY, LONG ISLAND UNIVERSITY RETIREMENT PLAN COMMITTEE, and JOHN DOES 1-30**,<br><br>      Defendants. | Civil Action No. 1:18-cv-02885-ERK-SJB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Christy Mulligan and Andrew Livanis, by and through their undersigned counsel, voluntarily dismiss with prejudice the above entitled action, with each party to bear its own fees and costs.

No opposing party has served either an answer or a motion for summary judgment in the present case. No opposing party has filed a counterclaim, nor has any opposing party filed any motion adverse to the interests of Plaintiffs herein.

Dated: February 8, 2019

Respectfully submitted,

*/s/ Edward W. Ciolko*
Edward W. Ciolko
Carlson Lynch Sweet Kilpela
& Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
eciolko@carlsonlynch.com

So Ordered.
/s/ Edward R. Korman
USDJ
4/23/19

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system on February 8, 2019, which will send notification of the filing to all counsel of record.

*/s/ Edward W. Ciolko*
Edward W. Ciolko